# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL HAMPTON,

      Plaintiff,

v.                                                                 Case No:   6:13-cv-1482-Orl-22GJK

WARLOCK RECORDS, INC., ADJO,
INC., ADAM LEVY, PHASE ONE
NETWORK, INC. and PHASE ONE
COMMUNICATIONS, INC.,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 62)
>
> **FILED:**      March 10, 2015
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g), which requires a substantive conversation, not an exchange of letters or electronic mail.  **If counsel renews the motion, counsel shall also state whether or not he advised the corporate defendants of the requirements of Local Rule 2.03(e), which states that a corporation may only appear and be heard through counsel admitted to practice before this Court**.  Accordingly, should a corporate defendant's counsel's motion to withdraw be granted before substitute counsel appears, a default will be entered against the corporation.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties